Peter James **RACKLEY**, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE**, Appellee.

Supreme Court of Pennsylvania.

March 19, 2004.

### ORDER

PER CURIAM:

**AND NOW,** this 19th day of March, 2004, probable jurisdiction is noted and the order appealed is affirmed.